Hal Taylor, Esq.
Of Counsel, Olinsky Law Group
NV Bar No.: 4399
2551 West Lakeridge Shores
Reno, NV 89519
Tel: (775) 825-2223
Fax: (775) 329-1113
Email: HalTaylorLawyer@gbis.com

Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| IKELENE BOH, | ) |
| Plaintiff, | ) CASE NO. |
| | ) 2:23-cv-00198-EJY |
| v. | ) |
| | ) **UNOPPOSED MOTION** |
| | ) **FOR EXTENSION OF TIME TO FILE** |
| KILOLO KIJAKAZI, ACTING | ) **PLAINTIFF'S BRIEF** |
| COMMISSIONER OF SOCIAL SECURITY, | ) |
| | ) |
| Defendant. | ) |

    Plaintiff by her attorney, moves for a sixty-one (61) day extension of time to file Plaintiff's opening brief. Plaintiff's opening brief is currently due to be filed May 10, 2023.

    Counsel requests this extension due to multiple, simultaneous filing deadlines. Counsel requires additional time to properly and thoroughly prepare Plaintiff's brief. For instance, between May 5, and June 23, 2023, staff in Counsel's office have one hundred and seventy-seven (177) Plaintiff briefs due. This figure does not include Oral Arguments, appeals to Circuit Courts, Reply Briefs, settlement negotiations, and the various other tasks which arise throughout the course of litigation. These circumstances do not allow for Plaintiff's Counsel to properly prepare the brief by the current deadline. This request will not cause Defendant any undue

hardship. This extension is needed to thoroughly and properly prepare the brief by the current deadline.

Wherefore, Plaintiff requests an extension from May 8, 2023, up to and including July 10, 2023 to file their brief. Counsel for the Plaintiff has conferred with Defendant's Counsel who has no objection to this request.

Dated May 2, 2023.

                                  Respectfully submitted,

                                  */s/Hal Taylor*
                                  Hal Taylor, Esq.

                                IT IS SO ORDERED:

                                _____
                                UNITED STATES MAGISTRATE JUDGE

                                Dated:  May 2, 2023